LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUPSUNG T.R.D. CO., LTD., a South Korean Corporation, d/b/a HYUPSUNG T.R.D. | Case No. 2:23-cv-00997-GW-RAO |
| | Hon. George H. Wu |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT WALMART INC., D/B/A WALMART |
| THARANCO DRESS GROUP, LLC, a Delaware Limited Liability Company, d/b/a RONNI NICOLE; PENNEY OPCO LLC, a Virginia Limited Liability Company, d/b/a JC PENNEY; BJ'S WHOLESALE CLUB, INC., a Delaware Corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Delaware Limited Liability Company; MEREDITH CORPORATION, an Iowa Corporation, d/b/a REALSIMPLE.COM; WALMART INC., a Delaware Corporation, d/b/a WALMART and DOES 1 through 10, inclusive | |

Pursuant to FRCP 41(a)(1)(A)(ii), the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff HYUPSUNG T.R.D. CO., LTD., d/b/a HYUPSUNG T.R.D.'s Complaint against Defendant WALMART INC., d/b/a WALMART is dismissed with prejudice.

Dated: October 2, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE